# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL GREGORY,**<br><br>    Plaintiff<br><br>    v.<br><br>**UNITED PARCEL SERVICE, INC., and DOES 1-25 Inclusive,**<br><br>    Defendant | **CASE NO. 1:13-CV-2070 AWI SMS**<br><br>**ORDER RESETTING HEARING AND PERMITTING REPLY BRIEF** |

Currently pending before the Court is Defendant's motion for summary judgment. Hearing on this motion is set for March 2, 2015. Pursuant to Local Rule 230(c), Plaintiff was required to file an opposition or notice of non-opposition by February 17, 2015. However, Plaintiff did not file his opposition until the late hours of February 19, 2015.

Reply briefs are due 7 days before a hearing. <u>See</u> Local Rule 230(d). Because Plaintiff's opposition was filed late, Defendant does not have the benefit of the full 7 days. To remedy this situation, the Court will vacate the March 2, 2015 hearing date, reset the matter to March 9, 2015, and permit Defendant to file a reply by March 2, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 2, 2015 hearing date is VACATED and RESET to March 9, 2015; and
2. Defendant may file a reply brief on or by March 2, 2015.

IT IS SO ORDERED.

Dated:   February 20, 2015                                    _____
                                                                              SENIOR DISTRICT JUDGE