UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL GREGORY,<br><br>           Plaintiff<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>           Defendant | OLD CASE NO. 1:13-CV-2070 AWI SMS<br><br>NEW CASE NO. 1:13-CV-2070 SMS<br><br>ORDER REASSINGING MATTER |

May 12, 2015, the parties consented to Magistrate Judge jurisdiction.  See Doc. Nos. 28. Because the parties to this action having voluntarily consented to have Magistrate Judge Snyder conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Sandra M. Snyder for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Sandra M. Snyder;

3. Any future hearing dates set before the undersigned are VACATED and REASSIGNED to the calendar of Magistrate Judge Sandra M. Snyder; and

4. The new case number for this matter shall be 1:13-cv-2070 SMS, and the parties shall use case number 1:15-cv-2070 SMS in all further filings.

IT IS SO ORDERED.

Dated:   May 12, 2015                                  _____

                                                                              SENIOR  DISTRICT  JUDGE