K. Poncho Baker, California Bar No. 156959
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Ave., Suite 201
Fresno, CA 93704
Telephone:    559-438-4374
Facsimile:    559-432-1847
E-mail:        pbaker@kleinlaw.com

Attorneys for Plaintiff, MARSHALL GREGORY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARSHALL GREGORY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, and DOES 1-25, Inclusive,<br><br>  Defendants. | Case No. 1:13-CV-02070-A-WI-SMS<br><br>**STIPULATION AND ORDER TO EXTEND THE FILING OF PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**<br><br>Magistrate Judge:  Hon. Sandra M. Snyder |

The parties by and through the undersigned counsel, stipulate to extend the filing of the proposed findings of facts and conclusions of law to August 5, 2015, with the parties reply due August 12, 2015. The parties agree there will be no further extensions.

Dated: July 20, 2015                          KLEIN, DENATALE, GOLDNER
                                              COOPER, ROSENLIEB & KIMBALL, LLP

                                    By:        */S/ K. PONCHO BAKER*
                                              K. PONCHO BAKER
                                              Attorney for Plaintiff
                                              MARSHALL GREGORY

Dated: July 20, 2015                          BurnsBarton, LLP

                                    By:        */S/ BENJAMIN K. NAYLOR*
                                              David T. Barton
                                              Benjamin J. Naylor
                                              Alison Pulaski Carter
                                              Attorney for Defendant
                                              United Parcel Service

1:13-CV-02070 SMS          STIPULATION TO EXTEND THE FILING OF PROPOSED FINDINGS

1  Good cause appearing,

2

3  IT IS SO ORDERED.

4  Dated:  **July 21, 2015**                         **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT – EASTERN DISTRICT, CASE NO. 1:13-CV-02070

      I am employed in the County of Fresno, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 5260 N. Palm Ave., Suite 201, Fresno, CA 93704.  My email address is amorgan@kleinlaw.com.

      On July 20, 2015, I served the following document described as **STIPULATION TO EXTEND THE FILING OF PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW,** on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

David T. Barton, Esq. (*pro hac vice*)
Benjamin J. Naylor Esq. (*pro hac vice*)
BURNS BARTON LLP
45 West Jefferson, 11th Floor
Phoenix, AZ  85003
Phone: (602) 753-4505
Fax:     (602) 419-2211
Email:  ben@burnsbarton.com
Attorneys for United Parcel Service

      **BY MAIL     I enclosed such document in sealed envelope with the name and address of the person served as shown on the envelope and caused such envelope to be deposited in the mail at Fresno, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on July 20, 2015, at Fresno, California.

      Anna M. Morgan